# EXHIBIT A

07/28/2010  14:18    18128951841          OFFICE MAX VINCENNES                 PAGE  02/02

**SMALL CLAIMS**

STATE OF INDIANA (
) SS:
COUNTY OF KNOX (

IN THE KNOX COUNTY SUPERIOR COURT II

FILED
JUL 28 2010
CLERK OF SUPERIOR COURT
KNOX COUNTY

Robert M. Thompson
Claimant

2702 Elberta Drive
Vincennes, Indiana 47591
Address

(812) 881-8539
Telephone Number

Attn: BP America/Legal Dept.
Defendant

501 Westlake Park Blvd.
Houston, Texas 77079
Address

(281) 870-9605
Telephone Number

CASE NO. 42D02- 1007-SC-1257

**STATEMENT OF CLAIM**

For cause of action claimant(s) say (s) defendant (s) is/are liable for the sum of $ 5,995.00 +96.00 plus costs arising from: (State briefly the facts which support your claim, and which also support the amount of money which you allege is due you as damages).

I have all receipts that support the claim and supporting documents, due to oil spill. (BP claim # 524318)

This claim is supported by a note, account, or writing attached hereto and made a part of this claim.

Signature of claimant: Robert M. Thompson          Date: 7-28-2010

**NOTICE TO THE DEFENDANT OF SMALL CLAIMS SUIT**

Suit has been filed against you as described above and scheduled for initial hearing in the Knox County Superior Court II located at 620 Busseron Street in the Court House Annex at Vincennes, Indiana, on Aug 24, 20 10 at 1:15 p.m.

You are hereby ordered to appear either in person or by an attorney for purpose of contesting this claim against you. A hearing before the Judge will not be held at this initial hearing, however; you will be given an opportunity then, to resolve this matter with the plaintiff. If this matter is not resolved, a trial date will be scheduled at your initial hearing.

You are to bring all documents in your possession or under your control concerning this case to the initial hearing as well as the trial date. If you do not appear at either the initial hearing or the trial date, you will lose the case and a default judgment will be entered against you.

If you have a counter-claim against the claimant arising from the same transaction or occurrence you should file a counter-claim which should be received by the claimant at least seven days prior to initial hearing date. If you do not dispute the claim but want the Court to establish the method by which it shall be paid you should appear at the initial hearing.

By filing this claim in the Knox County Superior Court II the plaintiff (Claimant) no longer has the right to a trial by jury. If the defendant wishes the case to be tried by a six person jury you must make a written request to the Court within ten days from the receipt of this notice requesting a jury trial and must state that there is a question of fact in the case which requires a jury trial. That request must also explain that fact and must state that the request for jury trial is made in good faith. Further, the defendant must pay additional filing fees within that same ten day period to transfer the case to the plenary docket or the defendant would loose the right to trial jury.

If a jury trial would occur it will then be tried according to the formal rules of procedure and evidence and it will therefore be advisable that you consult with an attorney for assistance in the case. Any request for continuance must be made 5 days prior to trial date.

If you have any questions about the hearing dates or times or any other matter relating to this claim please contact the bailiff of the Knox County Superior Court II, 620 Busseron Street, Vincennes, Indiana 47591, telephone number (812) 882-4962.

**PROOF OF SERVICE**

Clerk's Certificate of Mailing

_____          _____
Date                          Clerk

**SHERIFF'S RETURN OF SERVICE**

Deliver to defendant
( ) Personally on _____ 20____
( ) At defendant's dwelling or usual place of abode on _____ 20____
( ) Other _____

_____          _____
Date                          Sheriff
                              County of _____